UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ashley May, | : | Chapter 7 |
| Debtor. | : | Bky. No. 22-10430 (PMM) |
| _____ | | |
| : Ann L. Ashton, | : | |
| Plaintiff | : | Adv. No. 23-0016 (PMM) |
| v. | : | |
| Ashley May, | : | |
| Defendant | : | |
| And | : | |
| Christine Shubert, Ch. 7 Trustee | : | |
| Defendants | : | |
| _____ | | |

**NOTICE OF NO CONSENT TO MEDIATION**

To the Honorable Patricia M. Mayer, U. S. Bankruptcy Judge court:

Pursuant to paragraph 2. Of this Honorable Courts PRETRIAL ORDER dated March 28, 2023, the parties to foregoing adversary complaint do not consent to mediation.

Respectfully submitted this 1st day of May 2023:

/s/ Joseph P. Kerrigan
Joseph P. Kerrigan, Esquire
461 N. 3rd St, Ste 2B
Philadelphia, PA 19123
(215) 302-3737
jkerrigan@kerriganlaw.net
Attorney for Defendant Ashley May

**David G. McNitt**
David G. McNitt, Esq. P.C
By: David G. McNitt, Esq.
*Attorney I D: 25202*
2401 Woodview Way, Suite 2401
Malvern PA 19355
Attorney for Plaintiff Ann Ashton by Thomas Ashton, POA
Tel: 610-256-7942
Email: mcnittlaw@gmail.com
[Electronically signed]