**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Ashley May, | : | Case No.: 22-10430 E.L.F. |
| Debtor | : | Chapter 7 |
| | | |
| Ann L. Ashton | : | Adversary Proceeding No.: 23-00016 (pmm) |
| Plaintiff | : | |
| vs | : | |
| Ashley May, Debtor | : | |
| Defendant | : | |

**MOTION TO EXTEND DISCOVERY DEADLINE AND SUSPEND SEPTEMBER 18, 2023, PRETRIAL ORDER**

Plaintiff Creditor Ann Ashton, by and through Thomas Ashton her agent under power of attorney, and by counsel undersigned, move this Honorable Court, an avers as follows

1. On September 14, 2023 this Honorable Court issued an ORDER GRANTING IN PART AND DENYING IN PART [DEBTOR'S]MOTION TO QUASH limiting Plaintiffs discovery with regard SUBPOENA'S DEUCES TECUM DATED JUNE 28, 2023 and served on E-BUILT LLC and Wells Fargo to the period to from February 22, 2021 to February 22, 2022
2. On October 2, 2023, Debtor's Counsel provided E-BUILT with September 14, 2023 modified court order limiting the response period to from February 22, 2021 to February 22, 2022
3. E-BUILT LLC has not responded to Subpoena Deuces Tecum as modified.
4. Wells Fargo responded to the Subpoena Deuces Tecum as modified on October 18, 2023.
5. Copies of the Wells Fargo Account statements ending in last four numbers 2279 and 6091 for the period from February 22, 2021, to February 22, 2022, are attached as Exhibit A and B, respectively.
6. Debtor has identified that the Wells Fargo Account ending in last four numbers 2279 and 6091 are the only two accounts subject to administration in Debtor's bankruptcy case.
7. Analysis of Wells Fargo Account ending in last four numbers 2279 and 6091 for the period from February 22, 2021 to February 22, 2022 are attached as Exhibit A and B that Debtor identified in

response to discovery do not have corresponding entries for $28,240 in payments of Supercedeas escrow to the Prothonotary of Chester County ("Prothonotary") in as required by Chester County Court of Common Plea Case # 202-07783-CV. A copy of the Cash Account is attached.

8. Based on analysis, none of the rent escrow payments to the Supercedeas Escrow Account were drawn on the Wells Fargo Accounts.,

9. A probable explanation is that the debtor (or her deceased husband who was a non-filing co-debtor in the preceding chapter 13 case) maintained a financial account, or cash hoard, that has not been disclosed from which such Supercedeas payments were made during the period from February 2021 through august 2021.

10. Determination of the source of such payments is necessary to determine the efficacy of the debtor's Chapter 13 and as converted to Chapter 7.

11. The failure to disclose such additional account(s) or source of funds would be an indicia of bankruptcy fraud.

WHEREFORE, CREDITOR ANN ASHTON, BY AND THROUGH THOMAS ASHTON HER AGENT UNDER POWER OF ATTORNEY, AND BY COUNSEL UNDERSIGNED, RESPECTFULLY REQUESTS THAT THE SCHEDULING ORDER DEADLINES BE EXTENDED FOR A MINIMUM PERIOD OF NINETY (90) DAY TO PERMIT FURTER DISCOVERY UPON THE MATTERS ABOVE DISCUSSED AND SET FORTH

Dated this 3RD day of November 2023.

David G. McNitt, Esq. P.C

By: *David G. McNitt, Esq*

David G. McNitt, Esq.
*Attorney I D: 25202*
2401 Woodview Way
Suite 2401
Malvern PA 19355
Tel: 610-256-7942
*Attorney for Plaintiff*
*Ann L. Ashton*

**EXHIBITS TO BE FILED SEPARATELY DUE TO VOLUME**

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Ashley May, | : | Case No.: 22-10430 E.L.F. |
|        Debtor | : | Chapter 7 |
| | | |
| Ann L. Ashton | : | Adversary Proceeding No.: 23-00016 (pmm) |
|     Plaintiff | : | |
| vs | : | |
| Ashley May, Debtor | : | |
|     Defendant | : | |

### CERTIFICATE OF SERVICE - ADVERSARY COMPLAINT

I certify that the foregoing **ADVERSARY COMPLAINT** will be served electronically on the following persons under the electronic case filing system and were served by U.S. mail (postage prepaid) or delivery by hand or electronically by Email on the following, at the addresses, on this date

        Joseph P. Kerrigan Esq.
        461 N. 3rd Street
        Suite 28
        Philadelphia, PA 19123
        jkerrigan@kerriganlaw.net

Dated this 3RD day of November 2023.      David G. McNitt, Esq. P.C

                                                                                   By: *David G. McNitt, Esq*
                                                          David G. McNitt, Esq.
                                                          *Attorney I D: 25202*
                                                         2401 Woodview Way
                                                          Suite 2401
                                                         Malvern PA 19355
                                                         Tel: 610-256-7942
                                                            *Attorney for Plaintiff*
                                                               Ann L. Ashton