UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ashley May,** | : | Chapter 7 |
| Debtor. | : | Bky. No. 22-10430 (PMM) |
| | : | |
| **Ann L. Ashton,** | : | |
| Plaintiff | : | Adv. No. 23-0016 (PMM) |
| | : | |
| v. | : | |
| **Ashley May,** | : | |
| | : | |
| Defendant | : | |

## ORDER TO SHOW CAUSE WHY THE PLAINTIFF'S MOTION SHOULD NOT BE DENIED

**AND NOW,** upon consideration of the Plaintiff Ann. L. Ashton's Motion to Extend Discovery Deadline and Suspend Pre-Trial Order (doc. #34, the "Motion");

AND the Motion appearing to be non-consensual;

AND the movant having failed to notice the Motion for a hearing, see L.R. 9014-3 ("Motion Practice");

It is therefore hereby **ORDERED**, that the movant **SHALL APPEAR** for a hearing on **Thursday, November 29, 2023 at 9:30 a.m.** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 to explain why the Motion should not be **denied** for failure to prosecute.

Dated: 11/15/23

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**