**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Ashley May,** | : | Chapter 7 |
| **Debtor.** | : | Bky. No. 22-10430 (PMM) |
| | : | |
| **Ann L. Ashton,** | : | |
| | : | |
| **Plaintiff** | : | Adv. No. 23-0016 (PMM) |
| | : | |
| v. | : | |
| **Ashley May,** | : | |
| | : | |
| **Defendant** | : | |

------------------------------------------------

## ORDER REGARDING MOTION TO EXTEND DISCOVERY DEADLINE

**AND NOW,** upon consideration of the Plaintiff Ann. L. Ashton's Motion to Extend Discovery Deadline and Suspend Pre-Trial Order (doc. #34, the "Motion");

AND the Motion appearing to be non-consensual;

AND the movant having failed to notice the Motion for a hearing, see L.R. 9014-3 ("Motion Practice");

AND a hearing having been held on November 29, 2023 regarding the Order to Show Cause issued by the Court on November 15, 2023 (doc.#35);

AND for the reasons discussed at the hearing, it is hereby **ordered** that:

1) On or before **Monday, December 4, 2023**, the Plaintiff shall either file a consensual discovery extension stipulation or notice the Motion for a hearing and provide service to all interested parties;

2) Failure of the Plaintiff to take the action specified in paragraph 1 shall mean that all terms of the Pretrial Order (doc. #32) remain in place; and

3) The terms of the Pretrial Order include:

    a. A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 on or before **December 8, 2023**; and

    b. A mandatory final pretrial/settlement conference shall be held on **Wednesday, December 13, 2023 at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

**Dated: 11/29/23**

    **PATRICIA M. MAYER**
    **U.S. BANKRUPTCY JUDGE**