## IN THE UNITED STATES BANKRUPTCY COURT FOR

## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
|    Ashley May, : | Case No.: 22-10430 E.L.F. |
|       Debtor : | Chapter 7 |
| | |
| Ann L. Ashton : | Adversary Proceeding No.: 23-00016 (pmm) |
|       Plaintiff : | |
| vs : | |
| Ashley May, Debtor : | |
|       Defendant : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Plaintiff Creditor Ann Ashton, by and through Thomas Ashton her agent under power of attorney, and by counsel undersigned ("Movant") has filed a **MOTION TO EXTEND DISCOVERY DEADLINE AND SUSPEND SEPTEMBER 18, 2023, PRETRIAL ORDER WITH HE court THAT SEEKS TO EXTEND DISCOVERY in the foregoing matter for a period of ninety (90) days and and suspend**

1.  <u>**Your rights may be affected.**</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2.  If **you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, <u>**you**</u> **or your attorney must file a response to the Motion and** serve such response on the movant **no later than 14 days after the date on which the movant serves the motion** *(see Instructions on next page).*

3.  **A hearing on the Motion** is scheduled to be held on **Wednesday, January 10, 2024 at 9:30 a.m. in Courtroom No. 1** at the United State Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse. 900 Market Street, Philadelphia, PA 19107

4. Unless the court orders otherwise, the hearing on this contested matter will be an <u>evidentiary hearing.</u>

5.  If **you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

6.  You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

7.  If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## FILING INSTRUCTIONS

8. If **you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

9. If **you are not required to file electronically,** you must file your response at

>Timoth B. McGrath, Clerk of Cour
>United States Bankruptcy Court
>Eastern District of Pennsylvania
>Robert N.C. Nix, Sr. Federal Courthouse
>900 Market Street, Suite 400
>Philadelphia, PA 19107

10. If **you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

11. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>David G. McNitt, Esq
>David G. McNitt, Esq. P.C
>2401 Woodview Way
>Suite 2401
>Malvern PA 19355
>   *Attorney for Plaintiff*
>   *Ann L. Ashton*
>
>Tel: 610-256-7942
>
>Email: mcnittlaw@gmail.com

Date: December 4, 2023