**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Ashley May,** | : | Chapter 7 |
| **Debtor.** | : | Bky. No. 22-10430 (PMM) |
| | : | |
| **Ann L. Ashton,** | : | |
| | : | |
| **Plaintiff** | : | Adv. No. 23-0016 (PMM) |
| | : | |
| v. | : | |
| **Ashley May,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

---

### ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT

**AND NOW**, upon consideration of Debtor Ashley May's Motion for Summary Judgment (doc. #58, the "Debtor's Motion") and the Plaintiff, Ann Ashton's, Motion for Partial Summary Judgment (doc. #54, the "Plaintiff's Motion");

**AND** for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that:

1. The Debtor's Motion is **granted** to the extent it seeks disposition of this Adversary Proceeding in her favor;

2. The counts of the Complaint are disposed of as follows:

   a. Counts I and II are dismissed for lack of standing;

   b. Counts X, XI, XII, XV, and XVI are dismissed as moot;

   c. Counts XIII and XIV are dismissed for lack of jurisdiction; and

   d. Summary judgment is granted to the Defendant with regard to Counts III, IV, V, VII, VIII, IX, and XV; and

3. The Plaintiff's Motion is **denied**.

Date: **June 14, 2024**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**